**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: | ) Case No. 01-17324 |
| | ) |
| | )     (Chapter 13) |
| Glenda I. Peck, | ) JUDGE  Arthur I. Harris |
| | ) |
| Debtor | |

MOTION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
<u>11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.</u>

NCO Group, Inc. successor to Great Lakes Collection Bureau (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1.  Claimant was a creditor of the Debtor in this proceeding and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of $2,534.43.  The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.  The Claimant's current name, address, telephone number and contact is: NCO Group, Inc. successor to Great Lakes Collection Bureau, 507 Prudential Road, Horsham, PA 19044, (215) 441-2359, Attn:  Joshua Gindin. [*See Note Below*]

2.  Pursuant to 11 U.S.C. § 347 and Chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

3.  The fund has not been previously paid, no other applications or motions for return of the funds are pending and no other party, other than Movant is entitled to submit this Motion for release of the funds being held by the Clerk of this Court.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court in this case and for such further and other relief as is just and appropriate.

    NCO GROUP, INC. successor to
Great Lakes Collection Bureau
 (FIN#23-1670927)

By: /S/ HARVEY S. MORRISON
**HARVEY S. MORRISON, #0015230**
75 Public Square Bldg., Suite 1425
Cleveland, OH 44113-2070
(216) 687-0343 FAX (216)687-0323
email:harvmorrbk@aol.com

Attorney for NCO Group, Inc. successor to
Great Lakes Collection Bureau

-------------------
*Note: If additional materials are required to supplement evidence of the ownership of this account by Claimant, the Court is referred to In Re: Louis Dickerson, Jr., N.D. Ohio Case No. 00-13516[M-C}*

## CERTIFICATE OF MAILING

I hereby certify that on December 5, 2005, I mailed copies of the foregoing MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney's Office
Carl B. Stokes United States Court House
Attn: Civil Process Clerk
801 West Superior Ave., Ste 400
Cleveland, OH 44113-1830

United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio, 44114

By: /S/ HARVEY S. MORRISON
**HARVEY S. MORRISON**
Attorney for the Claimant