IN RE: ) Case No. 01-17324
)
Glenda I. Peck, ) (Chapter 13)
) JUDGE Arthur I. Harris
Debtor )

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

On the motion of NCO Group, Inc. successor to Great Lakes Collection Bureau (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney and the U.S. Trustee as required by 28 U.S.C. § 2041 et. seq. and/or local bankruptcy rules and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the amount of $2,534.43) be paid to the Claimant (FID#23-1670927) and Harvey S. Morrison, its attorney.

Dated this 12 day of JANUARY, 2006.

_____
United States Bankruptcy Judge

Prepared and Approved By:

/S/ HARVEY S. MORRISON
**HARVEY S. MORRISON, #0015230**
Attorney for Claimant
75 Public Square Bldg., Suite 1425
Cleveland, OH 44113-2070
(216) 687-0343 FAX: (216) 687-0323
email:harvmorrbk@aol.com

# REQUEST FOR SERVICE

TO THE CLERK:

Please serve copies of the foregoing Order through ECF upon the following:

      United States Attorney's Office
      Carl B. Stokes United States Court House
      Attn: Civil Process Clerk
      801 West Superior Ave., Ste 400
      Cleveland, OH 44113-1830

      United States Trustee
      Howard M. Metzenbaum U.S. Courthouse
      201 Superior Avenue
      Cleveland, Ohio, 44114

      HARVEY S. MORRISON
      harvmorrbk@aol.com

                                /S/ HARVEY S. MORRISON
                                **HARVEY S. MORRISON**
                                Attorney for the Claimant