> PETITION FOR UNCLAIMED FUNDS (DOCKET #41) IS DENIED; FUNDS WERE PREVIOUSLY RELEASED IN ORDER DATED 1/17/2006 (DOCKET #39).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: Glenda I. Peck ) Case No. 01-17324
) 
) Chapter 13
)
) Judge ARTHUR HARRIS
Debtors )
) PETITION FOR UNCLAIMED FUNDS
) AND ORDER THEREON

Piyush Seth, (the "Petitioner"), under penalty of perjury, declares that the following statements and information are true and correct:

1. NCO Financial Systems, (the "Claimant") is a ☐ Debtor ☒ Creditor in the above-captioned case and was due to receive a distribution from the estate of the Debtor in the amount of $ 2534.43.

2. The funds due Claimant were deposited with the Court by the Trustee pursuant to 11 U.S.C. § 347. A copy of the court order depositing the funds into the Treasury/Registry as unclaimed, or a copy of the receipt and attached list of parties entitled to the unclaimed funds or other supporting documentation, is appended to this Petition.

3. The Claimant's current name, address, and telephone number are:
Name: NCO Financial Systems, Inc.
Address: 507 Prudential Road, Horsham, PA 19044
Telephone Number: 215-441-2359

4. The following checked statement applies:

☐ This Petition is being filed on paper, either by mail or in person, and the Claimant's Tax ID/Social Security Number and other required documentation are being submitted separately with Exhibit A.